1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES ACE COOK, JR, | ) CASE NO. 1:16-cv-00429-DAD-JLT |
| Plaintiff, | ) **ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| vs. | ) **(Doc. 10)** |
| CITY OF CALIFORNIA CITY, et al., | ) |
| Defendants. | ) |

The parties having stipulated and good cause appearing, the Court **ORDERS**:

    1.    The stipulation allowing Plaintiff to amend the complaint is **GRANTED**;

        a.    Plaintiff **SHALL** file his amended complaint within five days;

        b.    Defendants **SHALL** file their response to the amended complaint within 14 days after Plaintiff files the first amended complaint.

IT IS SO ORDERED.

   Dated:   **May 25, 2016**                 **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

27
28