UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ACE COOK, JR., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF CALIFORNIA CITY, et al., <br><br> Defendants. | Case No. 1:16-CV-00429-DAD-JLT <br><br> [~~PROPOSED~~][1] ORDER GRANTING STIPULATION FOR FIFTEEN-DAY EXTENSION TO RESPOND TO FIRST AMENDED COMPLAINT <br><br> (Doc. 21) |

Based upon the stipulation of counsel to allow a second extension of time to file a responsive pleading, the Court **ORDERS**:

1. The stipulation is **GRANTED**. Defendants, CITY OF CALIFORNIA CITY, TOM WILLIAM WEIL, WILLIAM ROBERT SMITH, and SHANNON HAYES SHALL file their pleading responsive to the first amended complaint, no later than August 10, 2016.

IT IS SO ORDERED.

Dated:   **July 25, 2016**              /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel are referred to the Local Rules of the Eastern District of California. Unlike the Central District of California, this Court does not require counsel to file pleadings using a 14-point font.