# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ACE COOK, JR, | ) CASE NO. 1:16-cv-00429-DAD-JLT |
| Plaintiff, | ) |
| vs. | ) [~~PROPOSED~~] ORDER CONTINUING SCHEDULING CONFERENCE |
| CITY OF CALIFORNIA CITY, a California Municipal Corporation; TOM WILLIAM WEIL; WILLIAM ROBERT SMITH; CHARLES F. NEUMEYER; GEORGE ROSCOE TRINDALL, III; JONES AND MAYER, a Professional law Corporation; SHANNON HAYES; and DOES 1-100, inclusive, | ) (Doc. 47) |
| Defendants. | ) |

///
///
///
///
///

20048

**1**     The parties having stipulated and good cause appearing,

**2**     **IT IS HEREBY ORDERED** that the Scheduling Conference in this matter,

**3** presently set for January 18, 2017, is continued to **March 29, 2017,** at 9:00 a.m.

**5** IT IS SO ORDERED.

**6**    Dated:   **January 3, 2017**                    **/s/ Jennifer L. Thurston**
**7**                                                              UNITED STATES MAGISTRATE JUDGE

*20048*

2

**[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE**